IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MIKE WELLS, TERESA WELLS and § | | |
| GERMANIA FARM MUTUAL INSURANCE § | | |
| ASSOCIATION § | | |
| PLAINTIFFS § | | |
| vs. § | Civil Action No. 5:19CV108 | |
| § | (Jury) | |
| UNION PACIFIC RAILROAD COMPANY § | | |
| DEFENDANT § | | |

## WELLS PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

COME NOW Plaintiffs Mike Wells and Teresa Wells and file this Notice of Initial Disclosures, and respectfully state that the Wells Plaintiffs' Initial Disclosures have been provided to counsel of record for Defendant herein pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas.

February 10, 2020

Respectfully submitted,

*/s/ W. David Carter*
W. David Carter, TSB No. 03932780
MERCY ✶ CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone
(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com

ATTORNEYS FOR PLAINTIFFS MIKE WELLS AND TERESA WELLS

## CERTIFICATE OF SERVICE

I, W. David Carter, certify that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *W. David Carter*