# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| MIKE WELLS, TERESA WELLS, GERMANIA FARM MUTUAL INSURANCE ASSOCIATION, § § § § Plaintiffs, § § v. § § UNION PACIFIC RAILROAD COMPANY, § § Defendant. § | CIVIL ACTION NO. 5:19-CV-00108-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**DENIED-AS-MOOT**.

**SIGNED** this 29th day of June, 2020.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE